SINCE HARDWARE (GUANGZHOU) CO. LTD., Foshan Shunde Yongjian Houseware and Hardware Co., Ltd., Plaintiffs–Appellants

v.

HOME PRODUCTS INTERNATIONAL, INC., Plaintiff–Appellee

v.

United States, Defendant–Appellee.

Nos. 2015–1402, 2015–1435.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

William Perry, Dorsey & Whitney LLP, Seattle, WA, argued for plaintiff-appellant. Since Hardware (Guangzhou) Co. Ltd. Also represented by Emily Lawson.

Gregory S. Menegaz, DeKieffer & Horgan, PLLC, Washington, DC, argued for plaintiff-appellant. Foshan Shunde Yongjian Houseware and Hardware Co., Ltd. Also represented by James Kevin Horgan, John J. Kenkel, Alexandra H. Salzman.

Frederick Lyle Ikenson, Blank Rome LLP, Washington, DC, argued for plaintiff-appellee. Also represented by Kierstan Lee Carlson, Larry Hampel, Victoria Ortega.

Michael D. Snyder, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by Benjamin C. Mizer, Jeanne E. Davidson, Patricia M. McCarthy, Michael D. Snyder; Amanda T. Lee, Office of the Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

CHEN, CLEVENGER, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**